IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 19 PM 2:5_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) ) ) ) | |
| VS. | ) | CR. NO. 04-20421-01-B |
| COREY GREEN<br>    Defendant. | ) ) ) ) | |

### ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on April 18, 2005, the United States Attorney for this district, Lorraine Craig, appearing for the Government and the defendant, Corey Green, appearing in person and with counsel, Gerald Green, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 19, 2005, at 1:30 P.M., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 19th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-19-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:04-CR-20421 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT